| | |
|---|---|
| **From:** | Kellen Mathews <Kellen.Mathews@arlaw.com> |
| **Sent:** | Wednesday, April 15, 2020 5:54 PM |
| **To:** | dbaldone@hotmail.com; vicky@laundrydivau.com |
| **Subject:** | Brett/Robinson Demand Letter |
| **Attachments:** | Laundry Diva Demand.pdf |

Mr. Baldone/ Ms. Little

Attached please find correspondence on behalf of Brett/Robinson Gulf Corporation. A hard copy is being sent as well.

Thanks,
Kellen



**Kellen Mathews**
Partner in Charge, Baton Rouge
ADAMS AND REESE LLP

450 Laurel Street, Suite 1900 | Baton Rouge, LA 70801
**main** 225.336.5200 | **direct** 225.378.3243 | **mobile** 337.513.9344
**efax** 225.336.5115 | **fax** 225.336.5220

**kellen.mathews@arlaw.com**

**website bio vCard map**

**Business Continuity in Response to the COVID-19 Virus**
Adams and Reese has implemented our business continuity plan to maintain uninterrupted communications and service to our clients, the courts and the community. At present, our offices are operating through a combination of remote and on-site services. As circumstances evolve, we will continue to respond in the best interest of our clients and the safety of our employees. Thank you.

Information related to our COVID-19 resources Here

1



EXHIBIT H



# ADAMS AND REESE LLP

**Attorneys at Law**
Alabama
Florida
Georgia
**Louisiana**
Mississippi
South Carolina
Tennessee
Texas
Washington, DC

April 15, 2020

**Kellen J. Mathews**
Direct: 225.378.3243
E-Fax: 225.336.5115
kellen.mathews@arlaw.com

**VIA U.S. MAIL AND E-MAIL** to dbaldone@hotmail.com
Laundry Diva, LLC
Through its Registered Agent
Damon Baldone
162 New Orleans Blvd.
Houma, Louisiana 70364

Dear Mr. Baldone:

Please be advised that this firm represents Brett/Robinson Gulf Corporation ("Brett/Robinson"). As you know, Brett/Robinson has made numerous attempts to collect on unpaid invoices to Laundry Diva, LLC ("Laundry Diva"). Attached is a copy of unpaid Brett/Robinson Invoices in the total amount of $121,127.79, which are past due. These invoices have been presented on numerous occasions to Laundry Diva and to you, directly, and you also acknowledged the amount owed in a September 12, 2019 e-mail, a copy of which is attached hereto. Despite numerous representations that Laundry Diva intended to pay, no payment has been made.

Please note that under La. R.S. 9:2781 and any other applicable statutes, Brett/Robinson is making written demand upon Laundry Diva for the total amount due of $121,127.79. Please be advised that pursuant to La. R.S. 9:2781, if Laundry Diva fails to pay this open account within thirty (30) days, then Laundry Diva shall be liable to Brett/Robinson for reasonable attorney fees for the prosecution and collection of such claim. Reasonable attorney fees include attorney fees incurred before judgment and after judgment if the judgment creditor is required to enforce the judgment through a writ of fieri facias, writ of seizure and sale, judgment debtor examination, garnishment, or other post-judgment judicial process, and Brett/Robinson reserves all rights to assert any other claims or actions against Laundry Diva.

Please submit payment directly to Brett/Robinson as instructed on the attached invoices.

**Unless, within thirty (30) days after receipt of this notice, you dispute the validity of this debt, or any portion thereof, the debt will be assumed to be valid.**

Page 2

If you notify us in writing within this thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and a copy of such verification will be mailed to you.

Further, please consider this letter amicable demand for payment of the above debt under La. R.S. 9:2781 and any other applicable statutes.

                Sincerely,

                ADAMS AND REESE, LLP

                Kellen J. Mathews

cc:    Vicky Little
       201 N. Hollywood Dr.
       Houma, Louisiana  70364